UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASMINE GRAY, Individually and on behalf of her minor child JAI NEFF | * * * * | CIVIL ACTION NO.: SECTION: |
| VERSUS | * * | JUDGE: |
| MCCOMB DIESEL, INC., BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, JOHN DOE, ABC INSURANCE COMPANY, AND DEF INSURANCE COMPANY | * * * * * | MAGISTRATE: |

**************************************************************************

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, McComb Diesel, Inc. ("McComb Diesel"), fully reserving its right to raise all jurisdictional challenges, defenses and objections to which it may be entitled, hereby, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, notices the removal of the above-entitled action of the 23rd Judicial District Court for the Parish of Ascension to the United States District Court for the Middle District of Louisiana. Defendant represents as follows:

1.

Plaintiffs commenced suit by filing an action titled "*Jasmine Gray, Individually and on Behalf of Her Minor Child, Jai Neff,*" in the Parish of Ascension bearing Docket No. 134689 on August 4, 2022 ("State Court Action"). *See* Exhibit 1, State Court Petition for Damages. On August 8, 2022, plaintiffs requested that McComb Diesel be served through certified mail. *See* Exhibit 2, Stamped Copy of Certified Mail. While the mail carrier did not request a signature of McComb

{00877902.DOCX;3}

Diesel upon receipt, McComb Diesel received the copy of the certified mail request along with the Petition for Damages on or about August 11, 2022.

2.

This Notice of Removal is timely, as it is being filed within thirty (30) days after receipt of the initial pleading setting forth the claims for relief as required by 28 U.S.C. § 1446(b).

3.

The Petition for Damages alleges that McComb Diesel caused and/or contributed to the death of John V. Gray through fault and/or negligence. *See* Exhibit 1, Paragraph 13.

### Removal is Proper Under 28 U.S.C. §§ 1441 and 1332

4.

The basis for removal under 28 U.S.C. § 1441 is diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between the properly joined parties in this case and the amount in controversy exceeds $75,000.

5.

Complete diversity exists when the citizenship of each plaintiff is diverse from the citizenship of each defendant.

6.

Plaintiffs are citizens and residents of the State of Louisiana. *See* Exhibit 1.

7.

For purposes of diversity jurisdiction, a corporation is deemed a citizen of its state of incorporation and the state in which its principal place of business is located. 28 U.S.C. § 1332(c)(1).

8.

McComb Diesel is now, and was at the time the state court action was removed, a corporation organized under the laws of the State of Mississippi with its principal place of business

in Mississippi. Therefore, McComb Diesel is now, and was at the time the state court action was removed, a citizen of Mississippi.

9.

Upon information and belief, Bridgestone Americas Tire Operations, LLC ("BATO") is also a company foreign to the state of Louisiana. *See* Exhibit 1, Plaintiffs' Petition for Damages at Paragraph 1(C). In addition, as represented by BATO, it is a Limited Liability Company organized pursuant to the laws of the State of Delaware with its principal place of business in the State of Tennessee, whose sole member is Bridgestone Americas, Inc.[1]

10.

This action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b) because no properly joined and served defendant is a citizen of the State of Louisiana and because this Honorable Court is the district and division embracing the place where the state court action is pending, namely the 23rd Judicial District Court, Parish of Ascension, State of Louisiana. Accordingly, removal is proper pursuant to 28 U.S.C. § 1441(b). *Stewart v. Auguillard Const. Co.*, No. CIV.A 09-6455, 2009 WL 5175217 (E.D. La. Dec. 18, 2009) (finding that pursuant to 28 U.S.C. § 1441(b), removal by a non-resident defendant is proper before a resident defendant is served); *see also, North v. Precision Airmotive Corp.*, 600 F.Supp. 2d 1263 (N.D. Fla. 2009).[2]

11.

Plaintiffs assert in the Petition that the defendants are liable for the wrongful death of John V. Gray, including such items as pre-death pain and suffering, medical expenses, pain and

---

[1] Exhibit 3, BATO's Exceptions, Answer, Affirmative Defenses & Request for Jury Trial.
[2] Notably, there are no known resident (Louisiana) defendants. For example, the two insurance companies identified as "unknown" are not presently known to be citizens of the State of Louisiana and upon information and belief, the John Doe employee is also not a citizen of the State of Louisiana. Therefore, it is believed that complete diversity exists. However, regardless, this is of no moment as McComb Diesel and BATO are the only defendants properly joined and served in this matter and have diverse citizenship from the plaintiff.

suffering, metal and emotional pain, loss of enjoyment of life, past physical disability, past and future lost wages, past and future lost earning capacity, loss of consortium, funeral and burial expenses, and any and all damages learned through discovery, provided by law and supported by the evidence. *See* Exhibit 1, Paragraph 20.

12.

It is reasonably ascertainable from the Petition for Damages that in a case involving the death of a person and the damages claimed by plaintiffs that the amount in controversy exceeds $75,000.00.

### Venue

13.

Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a), as the United States District Court for the Middle District of Louisiana is the proper District and Division in which the State Court Action was pending.

### Effectuation of Removal

14.

Upon the filing of this Notice, McComb Diesel hereby removes this State Court Action to the United States District Court for the Middle District of Louisiana.

15.

The allegations of this Notice were true at the time the State Court Action was commenced and remain true as of the date of filing of this Notice of Removal.

16.

McComb Diesel reserves the right to submit additional evidence in support of removal as appropriate in future circumstances and to otherwise supplement this Notice of Removal.

17.

McComb Diesel will file "copy of all process, pleadings, and orders served upon" it in the State Court Action, along with a copy of this Notice. 28 U.S.C. § 1446(a) and (d). In addition, written notice is being given to all adverse parties.

18.

The consent of unserved or improperly joined defendants is not required for removal.

19.

McComb Diesel, Inc. requests trial by jury.

**ACCORDINGLY,** Defendant, McComb Diesel, Inc., gives notice that the proceeding bearing Docket No. 134689 on the docket of the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, is removed to the docket of this Court for trial and determination as provided by law. McComb Diesel asks this Court to enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in the State Court Action, and to proceed with this civil action as a matter properly removed. Defendant's undersigned counsel signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Respectfully submitted,

s/*Brittney B. Ankersen*
**JEFFREY M. BURG (#25993)**
**BRITTNEY B. ANKERSEN (#34469)**
**MATHILDE V. SEMMES (#36015)**
**COURINGTON, KIEFER, SOMMERS, MARULLO,**
**& MATHERNE, L.L.C.**
616 Girod Street
New Orleans, LA 70130
Telephone: (504) 524-5510
Facsimile: (504) 524-7887
Email: jburg@courington-law.com
          bankersen@courington-law.com
          msemmes@courington-law.com
*Attorneys for Defendant, McComb Diesel, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                         s/*Brittney B. Ankersen*
                         **BRITTNEY B. ANKERSEN (#34469)**